1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT BARTON in his capacity as Trustee of the JEFF ROBBEN TRUST,<br><br>                Plaintiff,<br><br>    v.<br><br>SUN LIFE AND HEALTH INSURANCE COMPANY,<br><br>                Defendants. | CASE NO. 3:22-cv-5573<br><br><br>ORDER GRANTING JOINT MOTION FOR EXTENSION OF ALL DATES FOR 60 DAYS TO EXHAUST SETTLEMENT EFFORTS |

       This matter comes before the Court on the parties stipulated motion to extend all deadlines to exhaust settlement efforts. Dkt. No. 17. The parties jointly move to extend all case deadlines in the December 2, 2022, Order Setting Bench Trial and Pretrial Dates (Dkt. No. 15) by 60 days.

       The Court finds good cause to adjust the deadlines under these circumstances. The motion is GRANTED.

       The Trial and Pretrial Dates are hereby continued by sixty (60) days as follows:

| Event | Current Due Date | New Due Date |
|---|---|---|
| One Day Bench Trial Set for 9:00 am | September 18, 2023 | November 17, 2023 |
| All dispositive motions must be filed by | June 20, 2023 | August 18, 2023 |
| Motions in limine should be filed pursuant to Local Rule CR 7(d)(4) by | August 14, 2023 | October 13, 2023 |

- 1

| Event | Current Due Date | New Due Date |
|---|---|---|
| Agreed pretrial order filed with the Court by | August 28, 2023 | October 27, 2023 |
| Pretrial conference will be held at 10:00 AM on | September 8, 2023 | November 3, 2023 |
| Trial briefs, proposed findings and conclusions, and depositions designations due by | August 28, 2023 | October 27, 2023 |

Dated this 16th day of June, 2023.

Jamal N. Whitehead
United States District Judge

ORDER GRANTING JOINT MOTION FOR EXTENSION OF ALL DATES FOR 60 DAYS TO EXHAUST
SETTLEMENT EFFORTS - 2